# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES **DELLINGER**, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:09-CV-404 |
| | ) | |
| vs. | ) | Judge Varlan |
| | ) | |
| RICKY **BELL**, Warden, Riverbend | ) | |
| Maximum Security Institution | ) | |
| | ) | |
| Respondent. | ) | |

---

## RENEWED MOTION FOR DISCOVERY IN LIGHT OF NEW EVIDENCE

---

Comes the Petitioner, James Dellinger, in light of new, previously unknown facts and respectfully moves this Court for a small modicum of discovery and specifically for leave to serve a Rule 45 subpoena upon the North Carolina State Bureau of Investigations (NC SBI), to obtain their file(s) related to the investigation, prosecution and trial of Lester Johnson (now deceased) for the rape and assault on Angela Christina "Tina" Hartman in September of 1991, and related to the subsequent threats by Mr. Johnson against his prosecutors, the judge, and witnesses, including the deceased in this cause. Service of this subpoena is necessary for the full investigation and fair presentation of Mr. Dellinger's petition for writ of habeas corpus, pursuant to 28 U.S.C. §§1651, 2241-2254, all applicable Federal Rules of Civil Procedure, Federal Habeas Corpus Rule 6, *Bracy v. Gramley*, 520 U.S. 899 (1997), and *McCleskey v. Zant*, 499 U.S. 467 (1991).

Further support for this Motion is developed in the contemporaneously filed Memorandum of Law. The good cause that will be discussed will include interviews

with recently discovered witnesses who establish that (1) Lester "Festus" Johnson had at least two motives to kill: revenge for an assault on his cousin, Mike Vaughn—that left Mr. Vaughn a paraplegic—and retaliation against witnesses in his rape trial, (2) Johnson had a willingness to use violence (cutting a woman's throat, so that she would reveal who had hurt Vaughn, and threatening the lives of witnesses in his trial), and (3) Johnson had returned from his acquittal for rape in time to perpetrate both murders (arriving home before dark on the night that Tommy Griffin was last seen alive).   Much of this evidence was obtained in the last four-days based on Federal Public Defender Investigator Aly Finn's work in tracking down the victim of Mr. Johnson's assault, Tina Hartman. (*See* Declaration of Aly Finn, Ex. 1 to Memorandum of Law).  Moreover, the relevancy of the evidence that will be found in the NC SBI file has been confirmed by NC SBI Agent Kevin West, North Carolina Assistant District Attorney General, Chris Clapsaddle, and Victim-Witness Coordinator, John Warren (*Id.* at  ¶¶ 10-12).

Thus, this request is not a fishing expedition (*see Memorandum and Order,* March 30, 2018, DE 122, PageID # 2416-17), but is a very narrowly tailored attempt to secure material evidence that counsel has more than a good faith belief will be found within the NC SBI file.

Respectfully Submitted,

Amy D. Harwell #18691
Office of the Federal Public Defender
Middle District of Tennessee
810 Broadway, Suite 200
Nashville, Tennessee 37203
615. 736. 5047
Email: Amy_Harwell@fd.org

*/s/ Amy D. Harwell*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this has been served on Assistant Attorney General Meredith Bowen electronically via the CM/ECF system service of which will be effectuated when filed.

/s/ Amy D. Harwell
Date: September 21, 2018

4