ATT. 1ST. DEG RAPE

AWDWISIITK

DATE 9/15/91

VICTIM HARTMAN

The following interview conducted 9/15/91 is a nonverbatim account.

INTERVIEW: ANGELA CHRISTINA HARTMAN W/F 6/22/70
13444 CHAPMAN HIGHWAY
SEIVERVILLE, TN.

Angela stated she came to the Harley-Davidson Rally in Cherokee on Friday 9/13/91 and met a acquaintance Mary Ann Huskey and another woman with the nick name Mam-Maw and a subject Lester Johnson aka Festus. Angela stated when she first met Mary she was unfriendly but a few minutes later came to her acting friendly and wanting her to come to Elijawa Campground site # 7 where they were staying and party. Angela stated she was trying to find a ride back home but couldn't so since Huskey was from same area she went to campground in order to have ride home. Angela stated after she arrived at campground Lester started saying he was crazy and coming on to her saying he liked group sex and that Mary Ann his girlfriend didn't care. Angela stated she would not have anything to do with him and he started talking about a subject Mikey Vaughan and looked at her and said "You remember Mikey Vaughan don't you". Angela stated that Vaughan was a subject in Tn. that had been a friend of her family for years and that appx. 1 year ago she and her boyfriend at the time Dwight gave a ride to Vaughan and a couple of more people to a subjects residence named "Red Nose" (DEAD) that a party was in progress at the residence at the time and she and her boyfriend then drove to her Grandmothers house so she could meet her boyfriend and they returned to Red Noses residence appx. 1 1/2 hrs later and found Vaughan in rd. that his throat had been cut and he had been run over but was still alive and is now parlayzed and a vegtable. Angela stated she was suspected of running over him due to

INVESTIGATING OFFICER
J.L. JAMISON

DATE
9/20/91

her vehicile being without headlights. Angela stated she was
investigated but cleared by the Pigeon Forge Police, however she
stated there were still a lot of hard feelings over the incident.
Angela stated Johnson kept bringing Vaughan up to her and sent Mary
Ann and Mam-Maw for beer and eggs and while they were gone he went
into tent and laid down and exposed himself and tried to get her to
come into the tent with him. Angela stated she refused and started
becoming nervous and scared and called a friend Jack Bushey in Tn. to
come and get her she stated she called Jack 3-4 times the first to
have him call her employer and tell them she would be late the 2nd. to
tell him she was still looking for another ride across Mt. besides
Johnson and the third to tell him she was really getting scared and
for him to come get her. Angela stated she told Mary Ann she had
another ride and that she was leaving and went to the bathroom in
the campground to put on her make-up and clothes she stated she was
drinking a Bud-lite in a Harley Davidson coozy when Johnson entered
the bathroom and closed the door. Angela stated she told him he was
not supposed to be in there and he said "Watch me". Angela stated he
told her she owed him a favor for keeping her out of trouble for
taking a couple of bundles of wood eariler from the campground and
she told him she didn't care and for him to get out before Mary Ann
got mad . Angela stated the next thing she knew he had dropped his
shorts and was naked and started into a shower stall she stated she
first thought he was going to take a shower and she said "I can leave
while you do that". Angela advised Johnson then grabbed her and pulled
her into the shower stall and started trying to remove her top and

INVESTIGATING OFFICER                       DATE
J.L. JAMISON                                9/20/91

told her to get on her knees she refused and he then grabbed her head and forced her head down and started slapping her in the face with his penis several times and talking dirty. Angela stated he then pulled her head back by her hair and said either "Nice try Bitch" or "Goodbye Bitch" and cut her throat she stated she did not know where knife came from but was appeared to be a gray knife with a straight blade. Angela stated Johnson had a "crazy look on his face" and she said Festus, what are you doing and he spat on her and came at her with the knife again. Angela stated she braced herself against the wall and kicked him in chest and grabbed his wrist that had the knife and hit him in chin with her elbow. Angela stated he fell back and she ran out of the bathroom and ran to the camsite and asked Mary Ann for help but she refused saying that he would be after her then. Angela stated she ran to the owner of the campground and he gave her a towel to put around her neck and she went to the payphone to call the Police and as she was on phone Jack arrived and a few minutes later the Cherokee Police arrived and she pointed out Johnson to them and was transported to the hosptial by ambulance.

INVESTIGATING OFFICER                   DATE
J.L. JAMISON                            9/20/91