# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

JAMES DELLINGER,                              )
                                             )
Petitioner,                                  )          No. 3:09-CV-104; 404
                                             )
vs.                                          )          Judge Varlan/Magistrate Poplin
                                             )
TONY MAYS, Warden, Riverbend                 )
Maximum Security Institution                 )          **Death Penalty Case**
                                             )
Respondent.                                  )

## Declaration of Shane Thornton

1. When I was 15-years-old, I first learned Lester Johnson was my father. At the time, he was in jail in North Carolina. Lester's girlfriend, Mary Ann Husky, took me to North Carolina to meet with him. Lester's brother, Uncle Carl Johnson "Bigun," also drove me to meet with my dad.

2. I don't refer to Lester as my dad, because he did not raise me. I just call him Lester or Festus.

3. Lester was in jail for attempted rape and cutting the throat of a girl named Tina Hartman. I have no idea how he was found not guilty, because he did it. He told me that he cut her throat when I went to visit him in jail, and even bragged about it when he got out. It was something he did not deny to anyone.

4. I lived in Sevierville, TN, with my great grandmother, Mary Allice Owensby. She lived at 3951 River Road South in Pigeon Forge, TN. I grew up surrounded by drug dealers and drug users in and out of my house.

5. Lester used to mail me sealed letters to deliver to people in Sevierville, TN. I received hundreds of letters from him while he was locked up. I can remember one person in particular, because it was my history teacher in school. His first name was Doug. It was strange delivering a sealed letter from my dad in jail to my teacher in school. After my teacher got his letters,

Case 3:09-cv-00404-TAV-DCP    Document 130-3    Filed 09/21/18    Page 1 of 3
PageID #: 2562

my grades in History went up, and it was not because I was a good student. It was clear that my dad's letters influenced my teacher.

6. An investigator with the Federal Public Defender's Office, Alysandra Finn, showed me a letter that Lester wrote me while he was locked up in North Carolina. After I reviewed the letter, I remembered reading that letter he sent me when I was a teenager. All the letters he sent me were like that one. They were all about snitches and threats to snitches. There were so many letters just like that one to different people.

7. In letter addressed to Angelena Christina Proffitt Lester asks me to have the letter typed, so it does not come back to him. I used to have some of my girlfriends type the letters for me, and then I would deliver the letters. Abby Lindsey, one of my girlfriends at the time, even went with me to deliver one of the letters.

8. I can remember delivering some letters to an apartment in Maryville, TN, and letters to a house in Sevierville, TN. Mary Ann used to pick me up from my grandmother's house and drive me to the locations.

9. Lester was always trying to influence me. One of the times I went to meet with him in jail he instructed me to get to pick up his strychnine poison from either his house or a friend's house. He wanted me to hang on to the poison for when he got out of jail. When he got out of jail he was always offering me money and pot.

10. Lester was heavy into drugs and dealing drugs. Even as a teenager, I understood that he had dangerous connections in Sevier County. He was an evil man, but he was easily liked because he was charming. Everyone was afraid of Lester except for my mom.

11. One thing Lester hated more than anything was snitches. All of the sealed letters he sent me were about snitches.

12. Lester's cousin was Darryl Shepard. Darryl stayed in Festus' house while Festus was in N.C. I used to go over there and party with Darryl.

13. Lester never had a real job. He was always hustling, meaning selling drugs. My mom did not want me to be around him. She even shot him in the leg as a warning to stay away from me.

14. I remember Lester drank beer and smoked cigarettes.

15. I was just a boy when I met Lester, and wanted to impress him at the time. It didn't take me long to figure out that he was using me like he used everyone else. The last time I saw Lester was when he shot up heroin in front of me. That was the moment that I decided to be done with him.

16. For a long time, I kept a lot of those threat letters Lester sent me. I wish I had them now, because I would have let anyone read them.

17. An investigator from the Federal Public Defender's Office representing James Dellinger came to see me on September 20, 2018. This was the first time anyone has talked to me about the treat letters written by Lester Johnson. If asked, I would have been willing to speak to anyone representing Mr. Dellinger about what is in this declaration.

I, Shane Thornton, declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Shane Thornton

Dated: _9-20-18_