UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAMES **DELLINGER**,                    )
                                         )
Petitioner,                             )        No. 3:09-CV-104; 404
                                         )
vs.                                      )        Judge Varlan/Magistrate Poplin
                                         )
ROLAND **COLSON**, Warden, Riverbend     )
Maximum Security Institution             )        **Death Penalty Case**
                                         )
Respondent.                             )

### Declaration of Mary Ann Huskey

1.      In 1991 and 1992, I was in a romantic relationship with Lester Johnson.

2.      I attended a biker rally in Cherokee, North Carolina in September of 1991. Lester Johnson attended the rally, as did Tina Hartman.

3.      One night at the biker rally, Tina was trying to get valiums from Lester. She was wearing a slutty looking shirt that had slits all over and barely covered her. She did not have any money, so she offered to give Lester a blow job for valiums. I told Lester that he better not do that in front of me or in my tent. Tina and Lester went to the bathroom, and soon after that Tina came out of the bathroom screaming that Lester had cut her. She kept screaming over and over again that he had cut her. She had her hand covering her neck, so I could not see anything. I just didn't understand what was happening. Tina ran to the payphone and first called my cousin Ricco. He refused to come and get her, so she had to call several other people. The police eventually showed up and that's when it all hit me that she had really been hurt.

4.      The police arrived and arrested Lester. He remained in jail through his jury trial in 1992.

5.      Lester's trial lasted for a week, and I testified on his behalf. Some of his family and friends were at the trial. Once he was found not guilty, we all hugged and cried.

6. Lester had been locked up since the incident happened at the biker rally, and was released the minute he was found not guilty. We left immediately left to go home to Kodak.

7.      I drove Lester from the trial in Sylva, N.C., back to Kodak, TN, in my car. It is no more than a two hour drive. I remember we got home before it was dark

outside. ~~On the drive home,~~ Lester told me that he did cut Tina's throat. I was shocked. He told me, "The reason Tina is still alive was because she told me what I wanted to know about Mike Vaughn." It all hit me and I remember thinking, "my God he really did this." Until Lester Johnson told me he had cut Tina's throat, I had believed he was innocent.

8. Lester was very close to his cousin, Mike Vaughn. Mike had been run over and left for dead, and his injuries left him a paraplegic. Mike came to mine and Lester's house often, and Lester would carry Mike to the bathroom and stuff. What happened to Mike really bothered Lester. He hated seeing his cousin like that. We all knew Tina was involved in what happened to Mike, and this was why Lester had all this against Tina and wanted to know what all had happened to Mike. I understood, from hearing Mike talk about what happened that Tina was in the car with two or three other people and they were trying to take Mike's pills from him. They cut his throat and ran over him.

9. I have heard that someone said that Tommy Griffin and Bobby Gilreath were involved in the attack on Mike Vaughn. Bob Gilreath used to live in Pigeon Forge. He was an evil man. I wouldn't put it past him to do something terrible. Bob even cut up one of his girlfriends, Margie.

10. My cousin, Rick Ogle is also known as "Ricco." Ricco ran in the same circle as Tina, Bob Gilreath, Dwight Boling, David Hartman, and Judy Johnson. Tina ~~and Judy were~~ was gang banged by these guys all the time. I remember Ricco telling me how he ganged Tina in her own house ~~with Bob Gilreath.~~ Tina's husband had been passed out on the couch and their baby girl was laying on the floor while this was all happening. This was the type of person Tina was.

I, Mary Ann Huskey, declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

_Mary Ann Huskey_ _____Mary Ann Huskey

Dated: _9/17/18_